■ MICHAEL MILITELLO, Appellant, v MICHAEL I. SEROTTE et al., Doing Business as DCG ASSOCIATES, Respondents. (Appeal No. 1.) [648 NYS2d 379] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Joslin, J.—Summary Judgment.) Present—Denman, P. J., Pine, Wesley, Balio and Davis, JJ.

■ NICHOLAS CALDARELLA et al., Appellants, v PYRAMID COMPANY OF BUFFALO, Respondent, et al., Defendant. [648 NYS2d 380] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mintz, J. (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Denman, P. J., Pine, Wesley, Balio and Davis, JJ.